**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

NGO SY TRINH,

Petitioner,

v. Case No. 2:26-cv-00711 KWR-GJF

WARDEN, Otero County Processing Center,
TODD LYONS, Acting Director
Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department
Of Homeland Security; AND TODD BLANCHE,
*Acting* U.S. Attorney General,

Respondents.

**JUDGMENT**

Consistent with the Order entered concurrently herewith, this matter is dismissed without prejudice as moot.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

________/S/____________________
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE